1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | JILLIAN HARVEY (CABN 319711)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612

7 | Telephone: (510) 637-3680
FAX: (510) 637-3724
Jillian.harvey@usdoj.gov

8

9 | Attorneys for United States of America

```
                         FILED

                       Feb 04 2025

                     Mark B. Busby
               CLERK, U.S. DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA, )  **CASE NO. 4:18 CR-00548-002 JST**
                          )
        Plaintiff,        )  **STIPULATION AND JOINT REQUEST TO**
                          )  **CONTINUE HEARING; ORDER**
    v.                    )
                          )
ELIJAH KIMANI CROWDER,    )
                          )
        Defendant.        )
_____ )

This matter was set for Arraignment on the Third Amended Petition for Warrant for Person Under Supervision ("Form 12") and Status re: Detention Hearing and Preliminary Revocation Hearing on February 4, 2025, at 10:30 a.m. However, the parties understand that Defendant Elijah Crowder was not transported to Court due to a miscommunication. As such, the Court reset the hearing for February 5, 2025, at 10:30.

The parties are unavailable on February 5, 2025. Accordingly, the parties stipulate and request that this Court continue the hearing to Monday, February 10, 2025, at 10:30 a.m.

///

///

///

STIP TO CONTINUE HEARING                1
4:18 CR-00548-002 JST

1    DATED: February 4, 2025                                    Respectfully submitted,

2                                                               ISMAIL J. RAMSEY
                                                                United States Attorney
3

4                                                               _____/S/_____

5                                                               JILLIAN HARVEY
                                                                Assistant United States Attorney
6

7

8    DATED: February 4, 2025                                    Respectfully submitted,

9

10

11                                                              _____/S/_____

12                                                              MARK GOLDROSEN
                                                                Attorney for Defendant Elijah Crowder
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE HEARING                     2
4:18 CR-00548-002 JST

1

### ORDER

2       Based on the agreement of the parties in the stipulation above, the Arraignment on the Third

3  Amended Petition for Warrant for Person Under Supervision ("Form 12") and Status re: Detention

4  Hearing and Preliminary Revocation Hearing previously set for February 5, 2025, at 10:30 a.m. is

5  vacated and reset for February 10, 2025, at 10:30 a.m.

6

7       **IT IS SO ORDERED**.

8

9  DATED:  February 4, 2025

10

11

12                             HON. DONNA M. RYU
                                   Chief U.S. Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28